WEBSTER GILLETT, Respondent, *v.* FRANCIS M. GILLETT et al., Appellants.

(Argued December 17, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York entered upon an order made March 15, 1887, which affirmed a judgment in favor of plain-

tiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Ira D. Warren* for appellants.

*Wm. M. Safford* for respondent.

Agree to affirm ; no opinion.
All concur.
Judment affirmed.